UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

CASE No. 8:05-M-339TGW				DATE: JUNE 30, 2005

# HONORABLE THOMAS G. WILSON

| | |
|---|---|
| UNITED STATES OF AMERICA | AUSA Donald Hansen for Jeff Downing |
| -v- | |
| LAWRENCE SOLIN | AFPD Frank Zaremba |
| | |
| COURT RPTR _____ | DEPUTY CLERK: Carrie A. Williams |

TAPE: DIGITAL    TIME: 4:00 - 4:19    COURTROOM 12A

PROCEEDINGS: INITIAL & BOND

_____     Deft provided w/copy of COMPLAINT from Middle District of North Carolina

_____     ARREST DATE: 6/30/05

_____     Court advises of Deft's Rule 5 rights and charges

_____     Financial Affidavit completed; FPD appointed

_____     Govt position: $100,000 personal surety bond (no security).

_____     Court:  Orders Bond set at $100,000 Appearance Bond
           _____ Residence/travel restricted to Middle Districts of Florida and North Carolina
           _____ Pre-Trial Supervision - report by phone by 4 pm every Thursday (except when attending court in North Carolina)

_____     PRELIMINARY EXAM - requests hearing be conducted in North Carolina

COMMENTS: No interest in Rule 20.  Defendant wants to travel to Chicago 7/3/05; Government objects; travel request DENIED.