**United States District Court**
**Middle District of Florida**
801 North Florida Avenue, Suite 1232
Tampa, Florida 33602-3800

Thomas G. Wilson
United States Magistrate Judge

(813) 301-5588

July 6, 2005

Office of the Clerk
324 West Market Street
Greensboro, NC 27401

Dear Sir or Madam:

    RE:    United States v. Lawrence Solin
             Your Case No. 1:05MJ143-1
             <u>Our Case No. 8:05-M-339TGW</u>

    Enclosed herewith are the original Magistrate Judge Proceedings, Appearance Bond and Docket Sheet Entries.

    Kindly acknowledge receipt of this letter on the copy provided, indicating the case number assigned by your transferee district.

Very truly yours,

*[signature]*

By: CARRIE A. WILLIAMS
Secretary/Deputy Clerk

Enclosure

---

THE ABOVE FILE HAS BEEN RECEIVED AND ASSIGNED OUR CASE NUMBER:

_____

            _____
                            (Signature)

            _____
                            (Date)